**UNITED STATES of America, Plaintiff–Appellee**

v.

**Johnny CLINTON, Defendant–Appellant.**

**No. 10–30310**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 26, 2010.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Johnny Clinton raises arguments

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

that he concedes are foreclosed by *United States v. Doublin*, 572 F.3d 235, 236–39 (5th Cir.), *cert. denied*, —— U.S. ——, 130 S.Ct. 517, 175 L.Ed.2d 366 (2009), which rejected the argument that *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), applies in 18 U.S.C. § 3582(c)(2) proceedings and held that a district court may not reduce a sentence below the minimum provided in the amended Guidelines. After Clinton filed his brief in this court, the Supreme Court held that *Booker* does not apply to § 3582(c)(2) proceedings. *Dillon v. United States*, —— U.S. ——, 130 S.Ct. 2683, 2692, 177 L.Ed.2d 271 (2010).

The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.